

NUMBER 13-19-00003-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

PHARR-SAN JUAN-ALAMO
INDEPENDENT SCHOOL DISTRICT,                                    Appellant,

v.

RIKE ODGEN-FIGUEROA-ALLEX
ARCHITECTS, INC.,                                               Appellee.

On appeal from the 332nd Judicial District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Benavides, Longoria, and Perkes
Memorandum Opinion by Justice Longoria**

Appellant, Pharr-San Juan-Alamo Independent School District, has filed a motion for dismissal of its appeal pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1). The parties having reached an agreement,

and with no decision of this Court having been delivered to date, we grant appellant's motion to dismiss the appeal. We also vacate the trial court's order and dismiss the case, including the underlying case, cause No. C-2782-15-F. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith. *See id*. R. 43.2. Court costs will be taxed against the party incurring same. *See id*. R. 42.1(d).

NORA L. LONGORIA
Justice

Delivered and filed the
31st day of October, 2019.

2